**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br>Nassau County, New York<br><br>Member Case No.: | **LOCAL GOVERNMENT AND SCHOOL DISTRICT MASTER SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL** |

The Plaintiff(s) named below file(s) this *Short-Form Complaint and Demand for Jury Trial* against the Defendant(s) named below by and through their undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations, claims, and relief sought in *Plaintiffs' Master Local Government and School District Complaint* ("Master Complaint") as it relates to the named Defendant(s) (checked-off below), filed in *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047, in the United States District Court for the Northern District of California. Plaintiff(s) file(s) this *Short-Form Complaint* as permitted by Case Management Order No 8.

Plaintiff(s) indicate(s) by checking the relevant boxes below the Parties and Causes of Actions specific to Plaintiff(s)' case.

Plaintiff(s), by and through their undersigned counsel, allege(s) as follows:

## I. DESIGNATED FORUM

1. *For Direct Filed Cases:* Identify the Federal District Court in which the Plaintiff(s) would have filed in the absence of direct filing:

United States District Court for the Eastern District of New York

2. *For Transferred Cases:* Identify the Federal District Court in which the Plaintiff(s) originally filed and the date of filing:

## II. IDENTIFICATION OF PARTIES

### A. PLAINTIFF(S)

3. *Plaintiff(s):* Name(s) of the local government or school district alleging claims against Defendant(s):

Nassau County, New York

4. Number of schools served in the Plaintiff(s)' school district or local community:

56 school district

5. Number of minors served in the Plaintiff(s)' school district or local community:

195,082

6. At the time of the filing of this *Short-Form Complaint*, Plaintiff(s) is/are a resident and citizen of [*Indicate State*]:

New York

## B. DEFENDANT(S)

7. Plaintiff(s) name(s) the following Defendant(s) in this action [*Check all that apply*]:

**META ENTITIES**

☑ META PLATFORMS, INC., *formerly known as* Facebook, Inc.

☑ INSTAGRAM, LLC

☑ FACEBOOK PAYMENTS, INC.

☑ SICULUS, INC.

☑ FACEBOOK OPERATIONS, LLC

☑ FACEBOOK HOLDINGS, LLC

☑ META PAYMENTS INC.

**TIKTOK ENTITIES**

☑ BYTEDANCE LTD

☑ BYTEDANCE INC.

☑ TIKTOK LTD

☑ TIKTOK LLC

☑ TIKTOK INC.

**SNAP ENTITY**

☑ SNAP, INC.

**GOOGLE ENTITIES**

☑ GOOGLE, LLC

☑ YOUTUBE, LLC

**OTHER DEFENDANTS**

For each "Other Defendant" Plaintiff(s) contends are additional parties and are liable or responsible for Plaintiff(s)' damages alleged herein, Plaintiff(s) must identify by name each Defendant and its citizenship, and Plaintiff(s) must plead the specific facts supporting any claim against each "Other Defendant" in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiff(s) may attach additional pages to this *Short-Form Complaint*.

| NAME | CITIZENSHIP |
|---|---|
| Roblox Corporation | Delaware, California |
| Discord Inc. | Delaware, California |
| | |
| | |
| | |

## III. CAUSES OF ACTION ASSERTED

8. The following Causes of Action asserted in the *Master Complaint*, and the allegations with regard thereto, are adopted in this *Short-Form Complaint* by reference (*check all that are adopted*):

| Asserted Against[1] | Count Number | Cause of Action (COA) |
|---|---|---|
| ☑ Meta entities<br>☑ Snap<br>☑ TikTok entities<br>☑ Google entities<br>☑ Other Defendant(s)[2] | 1 | NEGLIGENCE |
| ☑ Meta entities<br>☑ Snap<br>☑ TikTok entities<br>☑ Google entities<br>☑ Other Defendant(s) | 2 | PUBLIC NUISANCE |

**NOTE**

If Plaintiff(s) want(s) to allege additional Cause(s) of Action other than those selected in paragraph 8, which are the Causes(s) of Action set forth in the *Master Complaint*, the facts supporting those additional Cause(s) of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiff(s) may attach additional pages to this *Short-Form Complaint*.

## IV. ADDITIONAL CAUSES OF ACTION

9. Plaintiff(s) assert(s) the following additional Causes of Action and supporting allegations against the following Defendants:

See Attachment A: Supporting Allegations regarding Amended Short-Form Complaint and Demand for Jury Trial

[1] For purposes of this paragraph, "entity" means those Defendants identified in Paragraph 7 (*e.g.*, "TikTok entities" means all TikTok Defendants against which Plaintiff(s) is/are asserting claims).

[2] Reference selected "Other Defendants" by the corresponding row number in the "Other Defendant(s)" chart identified in Paragraph 7.

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the *Master Complaint*, and any additional relief to which Plaintiff(s) may be entitled.

## JURY DEMAND

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

****

By signature below, Plaintiff(s)' counsel hereby confirms their submission to the authority and jurisdiction of the United States District Court of the Northern District of California and oversight of counsel's duties under Federal Rule of Civil Procedure 11, including enforcement as necessary through sanctions and/or revocation of *pro hac vice* status.

/s/ Rebeca Martinez

Name: Rebeca Martinez
Firm: NAPOLI SHKOLNIK NS PR Law Services, LLC
Address: 1302 Avenida Ponce de León Santurce, Puerto Rico 00907
Phone: 212-397-1000
Fax:
Email: rmartinez@nsprlaw.com

*Attorneys for Plaintiff(s)*

# Attachment A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MDL No. 4:22-md-03047-YGR

Case No:

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:
Nassau County, New York, Plaintiff,[1]

VS.

Roblox Corporation,
Discord Inc.
Defendants

**SUPPORTING ALLEGATIONS REGARDING SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL**

## 1. ADDITIONAL ALLEGATIONS

1. Plaintiff, Nassau County, New York ("Plaintiff"), incorporates by reference each and every allegation, in the original Complaint filed in *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047, in the United States District Court for the Northern District of California.

[1] The caption has been amended to reflect that this action is brought solely on behalf of Nassau County, New York.

**A. Additional defendants**

2. Defendant Roblox Corporation ("Roblox") is a corporation organized in Delaware with its principal place of business at 3150 South Delaware Street, Suite 201, San Mateo, California 94403. It maintains a gaming and social media platform that is called Roblox.

3. Defendant Discord Inc. ("Discord") is a Delaware corporation. Its principal place of business is in San Francisco, California. Defendant launched their primary product in 2015, which consists of a social media platform called Discord that is currently available throughout the United States.

**B. Additional Allegations Relating to Defendant Roblox**

4. Roblox is a gaming and social media platform, originally created in 2004 by David Baszucki (CEO) and co-founder Erik Cassel[2] in 2004. Two years later it was launched as an online gaming and social media platform open to the public.

5. From the start, Roblox was interested in its platform being a center for social interaction. The in-game chat feature was added in July 2006. A few months later, the "friends" and now "connections" feature was added in the platform. Additionally, private messaging and chat groups were added in 2007. Roblox went public in 2021, and that same year it introduced Spatial Voice chat (allowing gamers to hear each other when they are physically close within the game world). This last feature helped in creating a more immersive communication experience, which at the time Roblox used to emphasize the platform's social networking potential. In fact, Roblox platform employs many of the features typically associated with social media, such as basic communication capabilities for messaging and voice or video calling. Roblox's design facilitates communication between all its users, who create, share, and monetize gaming

---

[2] CNN Underscored Staff, *What Is Roblox? Here's Everything You Need to Know*, CNN Underscored, https://www.cnn.com/cnn-underscored/electronics/what-is-roblox (last visited Sept. 24, 2026).

experiences. Roblox's intention is for its platform to be a sort of "virtual universe" where the platform users can play games and take part in online gaming experiences alongside other users.

6. Roblox reports 79.5 million daily active users, including more than half (62%) of all American children under 16 years old.[3] Around 44% of Roblox total users are also *preteens*.[4] Over forty million children ages 12 and under play games on the Roblox every day. Around 75% of American children between the ages of 9 through 12 play Roblox with friends somewhat regularly.[5] Roblox has become a platform where children regularly spend their time in, a noticeable fact regarding children under thirteen.

7. Roblox' design features have exploited children and young adolescents, and continue to do so, something which has proven to be detrimental to Plaintiff. The features which have proven to be the most dangerous and harmful include, but are not limited to: 1) the clear failure to implement an appropriate age verification process to determine the platform users' ages, 2) the failure to incorporate effective parental controls, 3) the failure to implement notifications to the parents of users, 4) the failure implement effective opt-in restrictions to the length and frequency of gaming sessions on the platform, 5) a failure to enable protective limits to the length and frequency of those sessions, 6) a lack of barriers that make it more difficult for users to delete and/or deactivate their accounts, 7) failure to properly label content that has been edited, as by the application of a filter, 8)making filters available to users so they can alter their appearance, 9) a failure to incorporate adequate mechanisms to report suspected CSAM to Roblox's platform, and 10) the automated attention farming through non-neutral algorithms and recommendations

---

[3] Taylor Lyles, *Over half of US kids are playing Roblox, and it's about to host Fortnite-esque virtual parties too*, The Verge (July 21, 2020), https://www.theverge.com/2020/7/21/21333431/ roblox-over-half-of-us-kids-playing-virtual-parties-fortnite.

[4] *The Roblox Pedophile Problem*, Bloomberg, https://www.bloomberg.com/features/2024-roblox-pedophile-problem/ (last visited Sept. 24, 2026).

[5] Seth Fiegerman, *How Roblox Became the "It" Game for Tweens and a Massive Business*, CNN Business (Oct. 27, 2020), https://www.cnn.com/2020/10/27/tech/roblox-explainer/index.html (last visited Sept. 24, 2026).

created by data regarding user interactions, which along with other features, promote the excessive use of the platform and addiction-like behavior in its users.

8. Research throughout the years has shown that, just like drugs and alcohol, video games can become an addiction that affects both adults and children in all ages of development.[6] The World Health Organization added gaming disorder to its medical reference book.[7] The addictive nature of excessive video game us has been found to correlate with dopamine production in response to interaction with the gaming platforms, some of which are deliberately designed to keep its users chasing a dopamine "reward".

9. Defendant Roblox profits from the addictive nature of both gaming and social media platforms, taking advantage of their user engagement levels to drive platform growth and retain the users of said platform indefinitely. Roblox capitalizes on the social interaction they include in their platform, particularly those aspects related to social connection, to retain their users and keep them on the platform for longer stretches of time. Defendant's algorithms personalize the user's experience with features like gaming recommendations, and repeated notifications. Additionally, among these notifications there are some created specifically to show people the users may know, which keeps the user attention on the possible future social interactions they could have with their friends on Roblox.

10. Defendant Roblox is further capitalizing on the addictive nature of their platform and gaming in general, to encourage its users, many of which are minors, to continuously spend money on purchases within the platform itself (in-game purchases). Users of Roblox purchase in-game currency (Robux) to pay for virtual goods or gaming experiences within the platform, such as personalizing the users' avatars, etc. When users of Roblox spend more time on the platform, the likelihood of them purchasing in-game currency or Robux increases. This has led to Roblox facing legal action in the European Union ("EU"),

---

[6] *Video Game Addiction: Symptoms, Treatment, and Prevention*, WebMD, https://www.webmd.com/mental-health/addiction/video-game-addiction (last visited Sept. 24, 2026).

[7] *Id*.

where it has been alleged that Roblox essentially deceives players into spending their money on in-game purchases. Since Roblox became a public corporation in 2021, Defendant has an interest in increasing the platform's user base to increase advertising revenue generated by Roblox, which necessitates its users to spend many hours online. Therefore, the platform itself is designed to retain the user's attention continuously.

11. Roblox has thus designed and promoted its platform to capture children's attention and addict them to the interactions found within, because the more invested the userbase, the higher Roblox's profitability. Since Roblox has become a social network for children and minors, it also markets its product directly to that demographic and to the parents of those children.

12. Roblox' very design features are meant to induce compulsive and repeated use of the platform by children and younger people, yet it has failed repeatedly to adequately warn of the potential harm its use may have. Additionally, Roblox has failed to reasonably protect the youth from harm on its gaming and social interaction platform. The warnings Roblox has employed are insufficient.

13**.** Roblox has failed to provide a safe environment for children using its platform. Despite legal obligations to report Child Sexual Abuse Material ("CSAM") to the National Center for Missing & Exploited Children ("NCMEC"), Roblox has allegedly failed to do so as required by law (42 U.S.C. §13032; 18 U.S.C. §2258A). Research has demonstrated how easily minors can encounter inappropriate content and communicate with adults seeking to groom, exploit, or abuse them.[8] Although Roblox is aware that adult predators use the platform to contact minors, it has failed to implement effective age- and identity-verification measures, has not required parental approval for underage users, and permits account creation for their platform in less than a minute.

---

[8] Libby Brooks & Jedidajah Otte, *Risks to children playing Roblox 'deeply disturbing', say researchers*, The Guardian (Apr. 14, 2025), https://www.theguardian.com/technology/2025/apr/14/risks-children-roblox-deeply-disturbing-researchers

14. Roblox has declined to adopt various safety measures recommended by current and former employees.[9] These rejected proposals included pop-up warnings and default settings that would prevent users from communicating with strangers. According to certain employees, Roblox relies excessively on artificial intelligence ("AI") for chat moderation despite known limitations in detecting grooming behavior and other subtle forms of exploitation. The company's leadership also rejected reasonable recommendations such as requiring that users under 13 obtain parental approval and provide a parent's email address during the account registration process.[10]

15**.** Sexual exploitation of children and young adolescents has occurred extensively on the Roblox platform. According to reports, Roblox submitted more than 13,000 incidents to NCMEC during 2023 alone.[11] The prevalence of abuse is further illustrated by the numerous criminal prosecutions since 2018 involving individuals who used Roblox to identify, target, and/or sexually exploit children and young adolescents.

16**.** Similar incidents have been reported throughout the country. A mother from Philadelphia filed suit against Roblox after allegedly discovering that her 12-year-old daughter had been groomed by an adult she encountered while playing on the Roblox platform.[12] The individual allegedly deceived the child into believing he was a minor, persuaded her to send sexually explicit images through another messaging application, and then threatened to publicly distribute the material. In another matter, a child under the age of 13 was reportedly subjected to repeated sexual abuse between 2022 and 2025 in Clinton and Centre

---

[9] Olivia Carville and Cecilia D'Anastasio, *Roblox's Pedophile Problem*, Bloomberg (July 22, 2024), https://www.bloomberg.com/features/2024-roblox-pedophile-problem/.
[10] *Id.*
[11] *Id.*
[12] Abraham Gutman, *A Philly girl was 'sextorted' by a man she met on Roblox. The gaming platform is facing other lawsuits.* (Sep. 30, 2025). https://www.inquirer.com/news/philadelphia/lawsuit-roblox-minecraft-fortnite-sexual-exploitation-20250930.html?query=roblox

Counties by an adult who deposited money into the victim's Roblox account.[13] Likewise, a 14-year-old victim in Altoona, Pennsylvania was allegedly groomed and abused by a man who posed as a 13-year-old user on Roblox before traveling from to Pennsylvania to sexually assault the victim.[14]

17. In January 2026, an intellectually disabled teenager from Philadelphia reportedly went missing after being contacted by an adult male through Roblox and lured to San Diego, California, where he was later located by law enforcement.[15]

18. Additional incidents have occurred throughout the United States. In Trenton, New Jersey, a man allegedly sexually assaulted a 12-year-old girl whom he had met on Roblox during the fall of 2025.[16] Similarly, an Ohio teenager was allegedly sexually assaulted by an individual who misrepresented himself as a 17-year-old on the platform, persuaded the child to share nude images, and who later arranged an in-person encounter with the victim. In Kansas, a registered sex offender allegedly convinced an eight-year-old girl to send explicit images and videos in exchange for Robux, the platform's in-game currency.[17]

19. In May 2026, the State of Connecticut initiated an investigation into Roblox. During a press conference announcing the investigation, Connecticut Attorney General William Tong described Roblox as a platform that adult predators allegedly use to locate and exploit children.[18]

20. Roblox's allegedly ineffective parental controls, deficient reporting systems, and other platform features that facilitate youth exploitation, grooming, and CSAM dissemination, together with its failure to

---

[13] Courtney Raynor, *Centre County man charged, accused of assaulting child*, WTAJ (Sep. 24, 2025), https://www.wtaj.com/crime/centre-county-man-charged-accused-of-assaulting-child/.

[14] Rachel Foor-Musselman, *Sexually violent predator who traveled from California to meet teen gets 75-150 years*, Altoona Mirror, https://www.altoonamirror.com/news/local-news/2025/12/sexually-violent-predator-gets-75-150-years-don-albert-robison/

[15] Abigail Adams, *Missing Teen With Intellectual Disability May Have Been 'Lured' Away From Home Through Roblox*, People (Jan. 16, 2026), https://people.com/missing-teen-with-intellectual disability-may-have-been-lured-away-from-home-through-roblox-11886873/.

[16] David Chang, *NJ Man Accused of Sexually Assaulting 12-Year-Old Girl*, NBC10 Philadelphia (Jan. 12, 2026), https://www.nbcphiladelphia.com/news/local/nj-man-accused-of-sexually assaulting-12-year-old-girl/4331744/.

[17] *Id.*

[18] P.R. Lockhart, *CT launches investigation into Roblox, with focus on child safety*, CT Mirror (May 26, 2026), https://ctmirror.org/2026/05/26/ct-investigation-roblox-attorney-general-william-tong/

adequately disclose the extent of risks facing youth users, have caused Plaintiff to devote additional resources toward investigation, law-enforcement activities, prosecution efforts, and related public services.

21. Roblox generates annual revenue that exceeds $3.6 billion.

22. Roblox has partnered with Meta to expand its reach among children and young adolescents through Meta's Quest virtual reality platform, where Roblox is available as an application. During Congressional testimony on September 9, 2025, former Meta researcher Cayce Savage stated that Meta prioritized growth and profitability over user safety and that her research identified coordinated pedophile networks using Roblox. Savage testified that she warned Meta against hosting Roblox on Meta headsets, yet Roblox remained available through the Quest platform. She further testified that Meta knew children were utilizing its VR products despite stated age restrictions and suppressed internal research demonstrating exposure of minors to sexually explicit content.[19]

23. Defendant Roblox’s platform also integrates with other similar communication platforms, including Discord, allowing users to connect their accounts and communicate more easily through voice-chat. These integrations facilitate communications among the users of the platforms, including minors, yet neither platform adequately warns its users or their parents/guardians regarding the risks of exploitation and abuse allegedly present on both services.

24. Roblox collaborates with Google to expand its advertising reach through Google's advertising infrastructure and immersive advertising design. Through this partnership, Roblox is able to promote its gaming experiences to children and young adolescents throughout Google's ecosystem, including other platforms such as YouTube. This relationship enhances Roblox's ability to attract and retain underage

---

[19] Lily Jamali, *Meta covered up potential child harms, whistleblowers claim*, BBC (Sep. 9, 2025), https://www.bbc.com/news/articles/c5y8x3md05no

users, yet Roblox does not adequately warn its users regarding the risks of harm associated with these platforms.

25. For more than a decade, Roblox and its senior leadership have consistently represented that youth safety is a foundational priority for the company. Roblox has publicly claimed to employ leading child-protection measures and to prioritize safety over the platform's growth. As early as 2011, CEO David Baszucki publicly represented that extensive platform moderation existed for both legal and moral reasons and that Roblox actively protected children from bullying and other safety risks.[20] Baszucki continued making similar assurances as recently as November 2025.[21]

26. Despite substantial evidence of harm occurring on their platform, Roblox has repeatedly made representations to the public that its services are safe for children and young adolescents. Roblox's website has described the platform as suitable and safe for young users and has emphasized its commitment to safety, civility, and robust moderation practices. Roblox has also affirmed that it has spent more than a decade developing and refining safety systems designed to protect users.[22] These affirmative representations are false and/or misleading because they create an unwarranted perception that children and young adolescents are adequately protected while using Roblox's platform.

27. In reality, Roblox's age-verification measures have proven limited and ineffective. The age-verification system introduced in 2021 was optional, and subsequent policies implemented in 2025 reportedly apply only to limited communication features such as voice chat rather than platform-wide account access.

---

[20] Elizabeth Culley, *San-Mateo based gaming site Roblox popular with kids*, The Mercury News (Apr. 4, 2011), https://www.mercurynews.com/2011/04/04/san-mateo-based-gaming-site-roblox-popular-with-kids/

[21] Kevin Roose, Casey Newton & Rachel Cohn, *We asked Roblox's C.E.O. About Child Safety. It Got Tense*, N.Y. Times (Nov. 21, 2025), https://www.nytimes.com/2025/11/21/podcasts/hardfork-roblox-child-safety.html.

[22] Roblox, *Child Safety on Roblox*, https://corp.roblox.com/resource/child-safety (last visited Jan. 8, 2026).

28. Furthermore, Baszucki has publicly made representations that Roblox was safe for children, stating that safety remained the company's highest priority and characterizing Roblox as "the safest place for anyone on the internet."[23] These representations were made despite ongoing reports and investigations regarding exploitation, grooming, abuse, and other harms occurring through the platform where minors were targeted.

29. Roblox has represented that it prioritizes safety and privacy by working with parents, educators, and online-safety experts and by utilizing tools such as chat filters, private servers, and content moderation systems. Nevertheless, users and investigators continue to report widespread instances of abuse, exploitation, harassment, and exposure to harmful content. For example, Sara Martin, an investigator writing for *The Guardian*, described experiencing cyberbullying, graphic interactions, sexual misconduct, and other harmful and injurious conduct while using Roblox with parental controls features enabled, in a game designated by Roblox as appropriate for users age five and older.[24] These reports suggest that Roblox's existing safeguards are inadequate to protect youth users from foreseeable harms.

**C. Additional Allegations Relating to Defendant Discord**

30. Plaintiff Nassau County incorporates by reference each and every allegation against Discord included in the original Complaint filed in *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047, in the United States District Court for the Northern District of California regarding the addictive nature of social media platforms in regards to children and minors.

31. Discord is a social media and instant messaging platform that enables users to communicate both through individual and group interactions (via text messages, photographs, videos, voice and/or video

---

[23] WBUR, *Roblox CEO on platform's safety efforts as Congress works to protect kids online* (July 23, 2025), https://www.wbur.org/hereandnow/2025/07/23/roblox-ceo-david-baszucki.

[24] Sara Martin, *My chilling week on Roblox: sexually assaulted and shat on as a child avatar roaming the online world*, The Guardian (Nov. 5, 2025), https://www.theguardian.com/games/2025/nov/05/roblox-game-robux-children-child-kids-safety-parental-controls

calls). The platform functions similarly to a collection of chat rooms and user-created groups where people may interact with one another. Discord launched in 2015 and, as of 2024, had reported more than 196 million monthly active users.[25] During a January 31, 2024 Congressional hearing, Discord co-founder and Chief Executive Officer ("CEO") Jason Citron stated that more than 60 percent of Discord's active users are between the ages of 13 and 24,[26] meaning that Discord’s users are mostly minors or young adults.

32. Discord derives its profits from subscription services that provide users with access to additional premium features, such as custom emojis, for monthly fees of approximately $5 or $10. In addition to these profits, Discord also generates income through server-related transactions, from which it retains a ten percent share.[27]

33. Discord has designed, developed, operated, promoted, distributed, and marketed its platform in a manner intended to attract, engage, and retain youth users while providing limited parental oversight. Discord's features are engineered to encourage prolonged and compulsive engagement by young people, and the company has failed to implement reasonable safeguards designed to protect children from sexual exploitation and the dissemination of Child Sexual Assault Material ("CSAM"), including safety-focused design features intended to prioritize the protection of minors.

34. Discord's platform permits users to communicate through pseudonyms or other non-identifying usernames, and the enforcement of many community standards is delegated to administrators of individual groups known as "servers." By default, all users, including minors under the age of 18, may receive friend

---

[25] Werner Geyser, *The Latest Discord Statistics: Servers, Revenue, Data, and More*, Influencer Marketing Hub (Jan. 30, 2024), https://influencermarketinghub.com/discord-stats/.

[26] Adi Robertson, *All the News from Congress' Big Tech Child Safety Hearing*, The Verge (Jan. 31, 2024), https://www.theverge.com/2024/1/31/24056136/congress-child-safety-hearing-kosa-meta-x-discord-snap-tiktok.

[27] Kellen Browning, *How Discord, Born From an Obscure Game, Became a Social Hub for Young People*, N.Y. Times (Dec. 29, 2021), https://www.nytimes.com/2021/12/29/business/discord-server-social-media.html.

requests *from any user sharing a server*, thereby allowing private communications between minors and unknown individuals.[28]

35. Among Discord's dangerous and defective design features are its failure to implement reliable age-verification measures, effective parental controls (or any sort of meaningful parental notification systems), default protections designed to reduce compulsive use by children and adolescents, and adequate safeguards to prevent adults from targeting minors on Discord's platform. Furthermore, Discord provides assurances regarding user safety while minimizing or downplaying known risks to the young people that engage in their platform. Although Discord's terms of service prohibit use by children under 13 years old, the company does not effectively verify users' ages or identities. Additionally, no parental notification is provided when a user who is younger creates a new account. As a result of Discord's inadequate age-verification processes, children under the age of 13 continue to access and use the platform, including children reportedly as young as eight years old.[29] Defendant Discord possesses information available through user biographies, private messages, group chats, and posted photographs that can reveal or indicate users' actual ages.

36. In many instances, minors who use the platform are able to access Discord throughout the school day because unlike other social media platforms, the Discord application is not blocked on certain school networks.[30] This is further compounded by the addicting nature that the use of these platforms has on students, including a loss of focus and shorter attention spans.

37. Discord has failed to implement adequate safety measures, thereby creating an unreasonable risk that children and young adolescents who use their platform will develop addiction-like symptoms.

---

[28] Samantha Murphy Kelly, *The dark side of Discord for teens*, CNN Bus. (Mar. 22, 2022), https://www.cnn.com/2022/03/22/tech/discord-teens/index.html.
[29] Kellen Browning, *supra*.
[30] Samantha Murphy Kelly, *The dark side of Discord for teens*, *supra*

Additionally, they may be subjected to sexual exploitation on the platform. By default, all users, including minors, may receive friend requests from anyone participating in the same server, which facilitates private communications between them and unfamiliar individuals. As previously stated, Discord has also failed to provide effective parental controls or user tools that would allow youth and parents to avoid or limit exposure to these potentially harmful online interactions. The social connection element within the platform is also instrumental in developing higher dependency and addiction to the use of the platform.

38. Discord's purported safety features create a misleading impression that the platform provides meaningful protection to its users when such protections are quite limited. Prior to approximately October 2023, Discord's support materials described its "Safe Direct Messaging" settings using language that characterized one option as the "safest option," another as a moderate alternative, and a third that disabled image scanning entirely. These descriptions conveyed assurances regarding user safety while minimizing the risks associated with disabling available protections.

39. These representations would reasonably cause children and young adolescents who used the platform to believe that Discord actively scans for and prevents the transmission of sexually explicit content, including any content used to groom, exploit, or blackmail minors. Discord should not offer safety settings that offer lesser or inferior protection to young and underage users without parental involvement or consent. Moreover, the descriptions accompanying those safety settings options improperly minimize the risks associated with sexually explicit or otherwise harmful content by characterizing the disabled-safety settings with language suggesting confidence, adventure, or harmless risk. Such representations create a false sense of security that places young adolescents and other minors who use the platform at increased risk of harm.

40. Additionally, Discord's safety-messaging features do not adequately perform in the manner represented to users. The "Keep me safe" option would reasonably lead a user, especially a minor, to

believe that Discord actively protects against predatory individuals and sexually explicit or otherwise harmful material in the platform. However, Defendant Discord's safety-scanning measures fail to provide the degree of protection implied by those representations. For example, the scanning function applies only to certain direct-message content and does not provide the same protection for content exchanged through group communications. As a result, CSAM has continued to be shared and distributed through the Defendant’s platform.

41. Discord's failure to provide meaningful and effective parental controls creates an unreasonable risk of harm to all users who are minors, especially to those that are not even teenagers. As a result, minors may access and use the platform while being exposed to all manner of risks (including trauma, abuse, exploitation, and grooming) all while believing that Discord’s platform is actively and directly safeguarding them, all of it based on Discord's representations. Children and young adolescents who engage in the platform regularly are 1) at risk of developing addictive tendencies regarding in relation with the prolonged use of the platform and 2) are exposed to sexual predators who utilize the platform to establish emotional relationships, engage in grooming behavior, and exploit or manipulate vulnerable minors. They are also exposed to conversations encouraging self-harm, such as discussions regarding concealing self-injurious conduct from parents, and advice encouraging children and young adolescents to run away from their homes.

42. Discord fails to provide adequate warnings to youth users and parents regarding the notable risks associated with use of the platform. In addition, Discord makes it difficult for parents, guardians and other concerned individuals to report CSAM, predatory accounts, or other harmful content because doing so requires either access to Discord’s platform or information that is generally unavailable to those outside Discord’s service.

43. Discord contains additional design defects that promote excessive and compulsive use of the platform, driving addictive behavior in its users. An example of this is the lack of an effective mechanism to within the platform to establish or enforce self-imposed limits on time spent using the service.

44. Children and young adolescents who engage in the platform generally lack the maturity, judgment, and/or life experience necessary to recognize and respond appropriately the dangers presented by the addicting design features of social media platforms. Through prolonged use, they might also be at risk because children may also lack the psychological and social development needed to reject invitations to exchange sexually explicit, suggestive, violent, or otherwise harmful content through the messaging and group chat features of Discord's platform. At all relevant times, Discord allowed direct communications with and by young users without requiring parental notification.

45. In 2023, Discord began implementing additional measures intended to enhance the safe use of its platform. In July 2023, Discord introduced "Family Center," a feature providing parents with limited visibility into certain user activities. However, this feature operates on an opt-in basis and requires the participation of children and young users for it to be effective. Later that year, Discord launched its "Teen Safety Assist" initiative,[31] which included safety alerts when a young adolescent receives a first-time direct message and some content-filtering features designed to blur sensitive material transmitted through direct messaging or group chats.[32] Notably, Discord did not incorporate features to limit the addictive nature of the platform and to encourage breaks, nor did it provide the parents with tools to effectively limit the time their children spent on the platform.

---

[31] *Stay Connected with Your Teen Using Discord's Family Center*, Discord Blog (July 11, 2023), https://discord.com/blog/discord-family-center-stay-connected-with-your-teen.

[32] *How We're Making Discord the Best Place to Hang Out and Have Fun with Your Friends*, Discord Blog (Oct. 19, 2023), https://discord.com/blog/best-place-to-hang-out-with-friends.

46. Discord's defective and dangerous product features create unreasonable risks of harm to children and young adolescents who use their platform and have directly contributed to injuries suffered by minors. By allowing anonymous usernames in its users, failing to enable ways to verify age, lacking meaningful and effective parental controls, and representing that a "safe" messaging option exists within its platform, Discord has enabled situations in which minors have been groomed, exploited, abused, and exposed repeatedly to harmful content, including self-harm-related and violent material. Discord further provides mechanisms through which addiction-like behaviors may develop in their young adolescent users.

47. In the absence of adequate safeguards in the platform, young adolescent users have accessed communities that 1) promote or discuss self-harm and eating disorders, 2) have been subjected to exploitation by sexual predators, 3) have been exposed to exploitative content distributed through Discord’s servers and 4) have been increasingly at risk of developing gaming addiction or dependency symptoms in relation to these platforms. A 2023 report found that, since Discord's social media platform launch, over thirty criminal prosecutions involving allegations of kidnapping, grooming, or sexual assault, and an additional 165 prosecutions involving child sexual abuse, included communications conducted through Discord’s platform.[33]

48. Discord's own reports demonstrate the magnitude of these safety concerns. Between October 2023 and December 2023 alone, Discord received more than 416,000 reports relating to child-safety issues, as well as more than 895,000 reports involving exploitative content.[34]

---

[33] Ben Goggin, *Child predators are using Discord, a popular app among teens, for sextortion and abductions*, NBC News (June 21, 2023), https://www.nbcnews.com/tech/social-media/discord child-safety-social-platform-challenges-rcna89769.

[34] Discord, *Transparency Reports* (Jan. 16, 2024),file:///C:/Users/jasencio/AppData/Local/Temp/e6832f15-fa85-4216-ab34-33b34979bc5c_Discord-Transparency-Report-Q4-2023.zip.c5c/discord-transparency-report-q4-2023.pdf

49. Discord's design choices and their conduct, which have facilitated the exploitation of children and young adolescents who regularly use their platform and contributed to the proliferation of CSAM, have caused Plaintiff to expend and redirect significant resources toward efforts necessary to address the resulting harm suffered by children.

DATED: October 13, 2026


/s/_Rebeca Martinez____

Name: Rebeca Martinez

Firm: Napoli Shkolnik

Adress: 1302 Avenida Ponce de León

Santurce, Puerto Rico 00907

Phone: 212-397-1000

Email: rmartinez@nsprlaw.com

Fax:

*Attorney for the Plaintiff*